UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR FERNANDO MURILLO TIRADO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER,<br><br>Respondent. | No. 2:26-cv-01028 TLN SCR<br><br>A # 246-569-737<br><br><br><br>**ORDER** |

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 22, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  (ECF No. 14.)  Respondent filed objections to the findings and recommendations on grounds that the magistrate judge erred by: (1) not addressing Respondent's argument in the substantive brief (ECF No. 8) that Petitioner was mandatorily detained under the Laken Riley Act; and (2) finding that the immigration judge erred by not honoring the portion of the temporary restraining order directing that Plaintiff be allowed to have counsel present.  (ECF No. 16.)

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 14) are ADOPTED in full.

2. Petitioner Oscar Fernando Murillo Tirado's (A# 246-569-737) Petition for Habeas Corpus (ECF No. 1) is GRANTED.

3. Respondent must provide another bond hearing within 14 (fourteen) days of this Order **_unless Petitioner requests a continuance to be able to secure counsel or otherwise prepare for the hearing._** If Petitioner requests a continuance, Respondent must provide the bond hearing within a reasonable time from the date of the request.

4. At the hearing, Respondent bears the burden of demonstrating by clear and convincing evidence before a neutral decisionmaker that Petitioner poses a danger to the community or a flight risk.

5. The decisionmaker must consider Petitioner's financial circumstances for bond and alternative conditions of release. *See Hernandez v. Sessions,* 872 F.3d 976, 991 (9th Cir. 2017).

6. At the hearing, Petitioner shall be allowed to have counsel present.

7. If Petitioner is not found to be a danger to society or flight risk, Respondent must immediately release Petitioner. Respondent may impose any restrictions or conditions determined to be necessary by the neutral decisionmaker at the hearing.

8. Within five (5) days of the bond hearing, Respondent must file a notice of compliance and identify the outcome of the bond hearing.

9. The Clerk of the Court is directed to enter judgment in favor of Petitioner and close this case.

//

//

IT IS SO ORDERED.

Date: June 1, 2026

_____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE